Kevin R. Anderson (4786)
Jocelyn J. Rick (9508)
Kellie K. Nielsen (11416)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| IN RE:<br>BRANDON SCOTT CLIFFORD<br>AMY MARILYN CLIFFORD<br><br>Debtors | CASE NO: 09-33050<br><br>Chapter 13     FILED ELECTRONICALLY<br><br>JUDGE R. KIMBALL MOSIER |
|---|---|

**TRUSTEE'S MOTION TO DISMISS**

KEVIN R. ANDERSON, Standing Chapter 13 Trustee in this case, recommends that the above referenced case be dismissed for the Debtors' failure to comply with the following statutory requirements, Federal Rule of Bankruptcy Procedure, and/or Local Rules:

1. The Debtors failed to tender the initial plan payment at the 341 Meeting as required by § 1326(a)(1) and Local Rule 2083-1(a).

2. The Debtors failed to appear at the 341 Meeting as required by § 343 and Local Rule 2003-1(a).

THEREFORE, based on the foregoing, the Trustee moves the Court for the entry of an Order dismissing this case under 11 U.S.C. § 1307.  If an objection is not filed by February 01, 2010 and served upon the Trustee, the clerk must enter an order dismissing the case.  Unless the Court orders otherwise, any

objection to the Trustee's Motion to Dismiss will be heard at the confirmation hearing scheduled for February 09, 2010.

DATED: 01/07/2010

                                            KRA /S/
                                            KEVIN R. ANDERSON
                                            CHAPTER 13 TRUSTEE

## CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Motion to Dismiss was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on January 07, 2010:

        BRANDON SCOTT CLIFFORD
        AMY MARILYN CLIFFORD
        272 E JAY LANE
        PAYSON, UT  84651

        ROBERT S. PAYNE
        ECF NOTIFICATION

                                            /s/
                                            Office of Chapter 13 Trustee